1

2

3

4

5

6

7              UNITED STATES DISTRICT COURT

8                EASTERN DISTRICT OF CALIFORNIA

9

10
ISAAC MARTINEZ,                  ) 1:11-cv—00215-OWW-SKO-HC
11                               )
                    Petitioner,  ) ORDER RE: FINDINGS AND
12                               ) RECOMMENDATIONS AND REFERRING THE
                                 ) MATTER BACK TO THE MAGISTRATE
13       v.                      ) JUDGE (Docs. 1, 5)
                                 )
14  JAMES D. HARTLEY,            ) ORDER DISMISSING PETITIONER'S
                                 ) FIRST, SECOND, THIRD, AND FIFTH
15                  Respondent.  ) CLAIMS WITHOUT LEAVE TO AMEND
                                 ) (Doc. 1)
16  _____)
                                   ORDER DISMISSING PETITIONER'S
17                                 FOURTH CLAIM WITH LEAVE TO AMEND
                                   AND DIRECTING THE FILING OF A
18                                 FIRST AMENDED PETITION NO LATER
                                   THAN TEN DAYS AFTER THE DATE OF
19                                 SERVICE OF THIS ORDER (Doc. 1)

20
        Petitioner is a state prisoner proceeding pro se and in
21
forma pauperis with a petition for writ of habeas corpus pursuant
22
to 28 U.S.C. § 2254.  The matter was referred to the Magistrate
23
Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and
24
304.
25
        On February 24, 2011, the Magistrate Judge filed findings
26
and recommendations to dismiss some claims in the petition
27
without leave to amend and to dismiss other claims with leave to
28

                                 1

1  amend.   The findings and recommendations were served on all

2  parties on the same date.   The findings and recommendations

3  informed Petitioner that objections were due within thirty days

4  of service.

5      On March 28, 2011, Petitioner filed objections to the

6  findings and recommendations.   In the objections, Petitioner

7  consented to the dismissal of his first, second, third, and fifth

8  claims without leave to amend.   Further, he indicated that he was

9  filing a first amended petition concerning his fourth claim.

10      In accordance with the provisions of 28 U.S.C. § 636

11  (b)(1)(C), this Court has conducted a *de novo* review of the case.

12  The undersigned has carefully reviewed the entire file and has

13  considered the objections; the undersigned has determined there

14  is no need to modify the findings and recommendations based on

15  the points raised in the objections.   The Court finds that the

16  report and recommendation is supported by the record and proper

17  analysis.

18      Accordingly, it IS ORDERED that:

19      1)   The findings and recommendations filed on February 4,

20  2011, are ADOPTED in full; and

21      2) The first, second, third, and fifth claims in the

22  petition for writ of habeas corpus are DISMISSED without leave to

23  amend for failure to state claims cognizable in a proceeding

24  pursuant to 28 U.S.C. § 2254; and

25      3)   The fourth claim or set of sub-claims concerning due

26  process and double jeopardy relating to prior convictions used in

27  sentencing is DISMISSED with leave to amend, and Petitioner may

28  FILE a first amended petition no later than ten days after the

1  date of service of this order; and

2     4)  Pursuant to local rule, the matter is referred back to
   the Magistrate Judge for further screening of the first amended
3  petition. IT IS SO ORDERED.

4  **Dated:    April 8, 2011**                          **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3