UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISAAC A. MARTINEZ, | ) | No. CV 11-7970 DOC (FFM) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND |
| | ) | RECOMMENDATIONS OF |
| v. | ) | UNITED STATES MAGISTRATE JUDGE |
| | ) | |
| JAMES D. HARTLEY, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  Petitioner has not filed any written Objections to the Report.  The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice as time-barred.

DATED: January 13, 2012

_David O. Carter_

DAVID O. CARTER
United States District Judge