UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISAAC A. MARTINEZ, | ) | No. CV 11-7970 DOC (FFM) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| JAMES D. HARTLEY, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: January 13, 2012

*/s/ David O. Carter*
DAVID O. CARTER
United States District Judge